In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00101-CV

                                                ______________________________

 

 

                                                                  

            IN
THE MATTER OF THE MARRIAGE OF JOHN STANSBURY 

                                    AND
CHERYL RENAE KEILMAN,

                                     A/K/A CHERYL STANSBURY

                                                                  

 

                                                                                                  


 

 

                                         On Appeal from the 5th Judicial District Court

                                                             Bowie County, Texas

                                                      Trial Court No. 10C0739-005

 

                                                                                                   

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Appellant,
John Stansbury, and Appellee, Cheryl Renae Keilman, a/k/a Cheryl Stansbury,
have filed with this Court a joint motion to dismiss the pending appeal in this
matter.  The parties represent to this
Court they have reached a full and final settlement.  In such a case, no real controversy exists,
and in the absence of a controversy, the appeal is moot.  

            We
grant the motion and dismiss the appeal.

 

 

 

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          December
21, 2011     

Date Decided:             December
22, 2011